UNITED STATES DISTRICT COURT
COUNTY OF MONROE   STATE OF NEW YORK

Dr. Richard Cordero,
                      Appellant/Creditor,

-vs-

David G. Delano and Mary Ann Delano,
                      Respondents/Debtors.

**STATEMENT IN OPPOSITION TO CORDERO MOTION TO STAY CONFIRMATION AND OTHER RELIEF**

Case No. 05-cv-6190L

    **DAVID G. DELANO** and **MARY ANN DELANO**, by their attorneys, Christopher K. Werner, Esq., of counsel to Boylan, Brown, Code, Vigdor & Wilson, LLP, state in response and opposition to Richard Cordero's pending Motion before this Court, as follows:

    1. Richard Cordero sets forth no substantive basis for any of the relief requested in his current Motion, nor does he have any interest in the DeLano matter whatsoever, as determined by Judge Ninfo on his Order on the Debtors' objection to his claim.

    2. Mr. and Mrs. DeLano have been delayed for approximately one (1) year in the confirmation of their Chapter 13 Plan and the confirmation hearing should proceed as currently scheduled.

Dated: July 19, 2005

                                          _____
                                          Christopher K. Werner, Esq.
                                          Boylan, Brown, Code, Vigdor & Wilson, LLP
                                          Attorneys for Debtors
                                          2400 Chase Square
                                          Rochester, New York 14604
                                          Telephone: (585) 232-5300