July 19, 2005

**VIA MESSENGER**

Hon. David G. Larimer
United States District Court
100 State Street
Rochester, New York 14614

  Re: Dr. Richard Cordero vs. David G. and Mary Ann DeLano
     Case No. 05-cv-6190L

Dear Judge Larimer:

  This law firm represents David G. and Mary Ann DeLano with respect to the above matter. Enclosed please find our Statement in Opposition to Cordero Motion to Stay Confirmation and Other Relief. Thank you for your courtesy.

            Very truly yours,

            BOYLAN, BROWN,
          CODE, VIGDOR & WILSON, LLP


            Christopher K. Werner

CKW/trm
Enclosure

cc: David G. and Mary Ann DeLano
   Dr. Richard Cordero
   George M. Reiber, Esq.
   David D. MacKnight, Esq.