UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DR. RICHARD CORDERO,

                Appellant/Creditor,

                                         DECISION and ORDER

      -vs-                                      05-CV-6190L

DAVID G. DELANO and
MARY ANN DELANO,

                Respondents/Debtors.
_____

Dr. Richard Cordero ("Cordero") has filed a motion (Dkt. #13) requesting that this Court refer a bankruptcy court reporter to the Judicial Conference for an "investigation." The motion is in all respects denied.

The perceived difficulty revolves around the bankruptcy court reporter's preparation of (or failure to prepare) a transcript of proceedings before United States Bankruptcy Judge John C. Ninfo, II on March 1, 2005. The prolix submissions might lead one to believe that this is a significant problem. It is not. It is a tempest in a teapot.

The matter must be resolved as follows:

        1.     If Cordero wishes to order a transcript of the March 1, 2005 proceeding, he must make a request for it in writing to court reporter Mary Dianetti. Cordero has no right to

"condition" his request in any manner. This transcript will be prepared in the same fashion that all others are.

  2. Upon receipt of a written request, Ms. Dianetti will complete the transcript within twenty (20) days of receipt of the letter.

  3. Ms. Dianetti will prepare the usual paper copy for the Court and for Cordero. The copy will be of such quality and in a format for the Court to scan it into the CM/ECF system

  4. The copy for Cordero will be released to him upon receipt of the fee for preparation of the transcript, which is estimated to be approximately $650.00. The court reporter has represented that the fee will not exceed that amount – $650.00. Payment for the transcript must be in the form of cash, a money order, or certified check.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
UNITED STATES DISTRICT JUDGE

Dated:  Rochester, New York
    September 13, 2005