UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DR. RICHARD CORDERO,


                                    Appellant,

                                                        ORDER

                                                        05-CV-6190L


                    v.

DAVID DeLANO and MARY ANN DeLANO,



                                    Respondents.
_____


        By motion (Dkt. #26), appellant Richard Cordero requests miscellaneous relief pertaining

to his bankruptcy appeal.  That motion is granted in part and denied in part as follows.

        Appellant requests an extension of time to file his brief.  That request is granted.  Appellant

shall file and serve his brief **on or before December 23, 2005**.  Appellees shall file and serve their

briefs **on or before January 20, 2005**.

        In accordance with Fed. R. Bankr. P. 8008(a), briefs are deemed filed on the day of mailing.

Fed. R. Bankr. P. 8009 and 8018 shall control concerning cross-appeals and reply briefs as well as

the form of all briefs.

        The remainder of appellant's motion is denied.  Appellant's request that the Court cause the

docketing of the transcript is denied as moot.  The transcript was docketed in the District Court as

Dkt. #23.  Appellant's request that the Court "comply with" Fed. R. Bankr. P. 8007 is also denied

as moot.  The appeal was docketed in April 2005 and all parties were notified.  Since then, the Court

has issued various Scheduling Orders setting and revising the deadlines for filing and perfecting the

appeal.  It now appears that the record on appeal is complete, and no further action pursuant to Fed.

R. Bankr. P. 8007 is required.  Finally, there is no sound basis in law or fact for appellant's request

that the Court transfer this case to the United States District Court for the Northern District of New

York and, therefore, it is denied.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
        November 21, 2005.