

W.D.N.Y. Rochester
05-cv-6190
Larimer, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 7th day of February, two thousand eight.

Present:
    Hon. Sonia Sotomayor,
    Hon. Debra Ann Livingston,
        *Circuit Judges,*
    Hon. Gregory W. Carman,*
        *Judge, U.S. Court of International Trade.*

[FILED FEB 07 2008 — Catherine O'Hagan Wolfe, Clerk, Second Circuit]

Dr. Richard Cordero,

    *Creditor-Appellant,*

v.                                                              06-4780-bk

David DeLano, Mary Ann DeLano,

    *Debtors-Appellees.*

George M. Reiber, as Bankruptcy Trustee, moves to dismiss the appeal as moot. Although Appellant's argument that the Trustee's motion is deficient may be correct, any such deficiencies are minor and, in any event, the appeal is subject to dismissal under this Court's *sua sponte* authority. Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED as equitably moot. *See In re Metromedia Fiber Network, Inc.*, 416 F.3d 136, 144 (2d Cir. 2005); *In re Chateaugay Corp.*, 988 F.2d 322, 326 (2d Cir. 1993).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
    DEPUTY CLERK

By: _____

*The Honorable Gregory W. Carman, of the United States Court of International Trade, sitting by designation.

SAO-LB

ISSUED AS MANDATE: 5/16/08